UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>ROCKY JAY TRINIDAD (1),<br>ADRIAN ALEXIS ALVARADO (2),<br><br>      Defendants. | Case No.: '22 MJ01676<br><br>C O M P L A I N T<br><br>Title 18, U.S.C., § 371 and 922(a)(1)(A) and 924 (a)(1)(D)– Conspiracy to Deal Firearms Without a License. |

The undersigned complainant being duly sworn states:

Between December 8, 2021, and April 26, 2022, within the Southern District of California, the defendants ROCKY JAY TRINIDAD and ADRIAN ALEXIS ALVARADO, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly and intentionally conspire with each other and others known and unknown to willfully engage in the business of dealing in firearms in violation of Title 18, United States Code, Sections 371, 922(a)(1)(A), and 924(a)(1)(D).

And the complainant states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
BANDON FARMER, Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 11th day of May 2022.

_____
BARBARA L. MAJOR
United States Magistrate Judge

## PROBABLE CAUSE STATEMENT

During my duties as a Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), I have learned the following information from personal observations and having read reports prepared by other law enforcement officers.  The following does not contain all the information known to me or other federal agents and state and local officers regarding this investigation but does contain those facts believed to be necessary to establish the requisite probable cause for the violations alleged herein.

## Training and Experience

I am currently a Special Agent ("SA") with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") and have been so employed since January 2019.  Before joining ATF, I was employed as a criminal investigator SA with the Naval Criminal Investigative Service ("NCIS') for approximately one year and five months.  Before joining NCIS, I was employed as a Border Patrol Agent with the United States Border Patrol for approximately six years.  Before joining the Border Patrol, I was a Police Officer with the Cape Girardeau Missouri Police Department for approximately eight years.  I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator's Training Program, and the ATF National Academy's Special Agent Basic Training course.  As an ATF SA, I have received training in federal firearms laws and have been the affiant on search and arrest warrants for such violations, to include investigations of persons prohibited from possessing firearms.  In this realm, I have authored affidavits for search warrants and complaints which have yielded evidence of federal criminal violations.

## Introduction

In November 2021, I received information that identified Christopher Adrian Chavero ("Chavero"), charged elsewhere, as the manufacturer and trafficker of firearms within the Southern District of California.  I coordinated multiple controlled purchases of firearms with Chavero utilizing an ATF confidential informant (CI) and an ATF undercover agent (UCA).  During these controlled purchases, I learned that Chavero engaged in the business of manufacturing and selling firearms with other individuals both known and unknown.  On or about December 8, 2021, during the controlled purchase of firearms, I learned that ROCKY JAY TRINIDAD ("TRINIDAD") was working with Chavero to manufacture and sell firearms.

<u>December 8, 2021- Sale of Three Un-Serialized Pistols</u>

On December 8, 2021, I organized the controlled purchase of three un-serialized, PMF, AR 15 type, 5.56 caliber, pistols from Chavero.  While under surveillance, a recorded meeting took place between Chavero and CI[1] in the parking lot of Chavero's apartment complex located at 1125 North Broadway, Escondido, California.  During the deal, Chavero got into the CI's vehicle and told the CI that his cousin was bringing the firearms.  The person Chavero referred to as his cousin was later positively identified as TRINIDAD by Escondido Police Department officers who recognized him from prior law enforcement contacts.  Chavero further stated his "cousin" (TRINIDAD) was also the person who builds the firearms and that they mostly build AR's and Glocks.  Chavero told the CI that his "cousin" (TRINIDAD) would be arriving in a blue truck with the guns.  While waiting for the "cousin" (TRINIDAD) to arrive, the CI paid Chavero $5,400 for the firearms.  Chavero counted the $5,400, then counted the $5,400 again, and separated the $5,400 into two separate unknown amounts of money, then placed the money into separate pockets.

A short time later, TRINIDAD arrived at the deal driving a blue truck.  Chavero exited the CI vehicle, opened the passenger door of TRINIDAD's truck, picked up a backpack and placed the backpack in the CI's vehicle.  While the CI inspected and took out the firearms, Chavero returned to TRINIDAD's vehicle.  Chavero returned to the CI's vehicle, grabbed the backpack, and then got back into the truck with TRINIDAD.  Chavero and TRINIDAD sold the CI three un-serialized, PMF, AR 15 type, 5.56 caliber, pistols for $5,400.  Surveillance observed Chavero remain in TRINIDAD's truck for approximately five minutes after the CI left the area before parting ways.

Prior to meeting Chavero, agents searched CI's person for contraband, and finding none, equipped CI with electronic audio/video recording equipment. CI was also provided with enough U.S. currency to complete the purchase. Thereafter, CI,

---

[1]     The CI involved in this investigation cooperates in exchange for some sort of charging or sentencing consideration with regard to CI's pending felony firearms and controlled substance charges. The CI has not been paid any monetary payments as part of this investigation. The CI has provided truthful and credible information related to this investigation as well as previous and current ongoing investigations.  A criminal records check revealed the following information.  In 2021, the CI was convicted of felony domestic violence, exhibiting a deadly weapon and received 3 years' probation.

while under surveillance, did not deviate while driving to the firearms-sale location.[2]

### Description Of A Privately Made Firearm (PMF)

Privately Manufacture Firearms ("PMF") are firearms that are not made by firearm manufacturers; instead, firearm manufactures sell individual buyers firearm parts, and the buyer uses various firearm drilling tools to construct and assemble the parts into a functional firearm. PMFs are also known as "ghost guns" because they are not serialized, and are thus, untraceable.

### December 15, 2021-Sale of Two Un-Serialized Pistols

On December 15, 2021, ATF special agents organized another controlled purchase of two un-serialized, PMF, AR 15 type, 5.56 caliber, pistols from Chavero. According to the reliable CI, before the deal, during an unrecorded conversation, Chavero increased the purchase price for one of the firearms by $200. Chavero stated his "cousin" (referring to TRINIDAD) wanted the additional $200 because the firearm was "tricked out". Chavero sold the CI the two un-serialized, PMF, AR 15 type, 5.56 caliber, pistols in exchange for $3,800. As before, Chavero counted the $3,800, then counted the $3,800 again separating the money into unknown amounts. Chavero made a comment to the CI about taking out his "cut" of the money as he was counting and separating the money. As Chavero exited the CI's vehicle he stated "hey, he said he was going to have four pretty soon," again referring to TRINIDAD.

### January 14, 2022-Sale of One Un-Serialized Pistol

On January 14, 2022, I organized another controlled purchase of one un-serialized, PMF, Glock type, 9mm, pistol from Chavero. After a series of recorded text messages and phone calls, ATF UCA negotiated the purchase of firearms from Chavero. During the deal, Chavero indicated that his cousin, referring to TRINIDAD was the manufacturer of the firearms he sells and advised to the UCA that his cousin, again referring to TRINIDAD was in the process of manufacturing more firearms.

---

[2] This process was employed prior to each purchase described herein. After each purchase, CS-1 remained under constant surveillance until he/she met with law enforcement, at which time he/she was searched again, and proceeds and/or contraband were seized and inventoried by law enforcement agents.

### April 20, 2022- Sale of One Un-Serialized Pistol

On April 20, 2022, I organized the controlled purchase of one AR15 type pistol from Chavero. The controlled purchase was originally supposed to be from Chavero. However, Chavero introduced ADRIAN ALEXIS ALVARADO ("ALVARADO") to the UCA by providing ALVARADO with the UCA's cell phone number. Chavero told the UCA that he would be unable to make the deal and that his cousin, who he called "Chucky," but was later identified as ALVARADO, would meet the UCA for the deal.

ALVARADO met with the UCA in a parking lot located at 1200 Auto Park Way, Escondido, CA 92029. During the video and audio recorded meeting, ALVARADO got into the UCA's vehicle. Once in the UCA's vehicle ALVARADO handed the UCA a firearm. While discussing the quality of the firearm, ALVARADO told the UCA, "We always try to make them as good as possible so they won't like be jamming up and shit." ALVARADO sold the UCA one un-serialized, PMF, AR15 type, 5.56 caliber pistol in exchange for $1,400.

Immediately prior to and during the purchase with ALVARADO, surveillance units followed Chavero from his residence and observed Chavero meet with TRINIDAD in a cul-de-sac in the 800 block of North Juniper Street, Escondido, CA. TRINIDAD was driving the same vehicle as before on December 8, 2021, when he brought firearms to Chavero. After Chavero and TRINIDAD met briefly, surveillance units then followed Chavero and TRINIDAD to an apartment complex parking lot located at 408 E. Mission Ave., Escondido, CA, the residence of ALVARADO.

Following the sale of the firearm, ALVARADO, while under surveillance, drove to 408 E. Mission Ave., Escondido, CA. Upon arriving, ALVARADO immediately met with TRINIDAD and Chavero.

### IDENTIFICATION OF TRINIDADAND ALVARADO

During this investigation and during nearly all controlled purchases of firearms, Chavero has referred to his cousin as the person building the firearms. At the December 8, 2021, controlled purchase of firearms, Chavero told the CI that his cousin builds the firearms and that his cousin would be bringing the firearms to the deal. The cousin arrived and was identified as TRINIDAD. During subsequent deals, Chavero would make mention of his cousin when negotiating, discussing the manufacture, and sale of the firearms. On one other occasion

Chavero referred to another individual as his cousin but then identified his cousin as "Chucky" who was later identified as ALVARADO.

Based on the controlled purchases on December 8, 2021, and April 20, 2022, where TRINIDAD was present and in the manor which Chavero referred to TRINIDAD during purchases, I believe TRINIDAD to be engaged in the business of dealing firearms with Chavero. TRINIDAD, Chavero, and ALVARDO are all three members of the Diablos criminal street gang.

## REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, with disclosure permitted to defendant's counsel pursuant to an early disclosure agreement or Rule 16, Fed. R. Crim. P. or until further order of this Court, all papers submitted in support of this Complaint packet: the Complaint, the Affidavit, and the Motion to Seal. Sealing is necessary because the facts and evidence presented in the instant Complaint packet are relevant to an ongoing investigation, and premature disclosure of the contents of this Complaint packet may have a negative impact of this continuing investigation and may jeopardize its effectiveness.

## REQUEST FOR ARREST WARRANT

Finally, pursuant to the instant Complaint it is further respectfully requested that this Court issue warrants for the arrest of TRINIDAD and ALVARADO.